# UNITED STATES DISTRICT COURT
for the

__for the_ District of _Puerto Rico_

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 14-364 (DRD) |
| Christian Vallez Collazo | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Christian Valles Collazo

Date: May 22, 2014

*Attorney's signature*

Lloyd Isgut    229307
*Printed name and bar number*

1126 Central Ave San Juan PR 00922
*Address*

Lloyd.Isgut@gmail.com
*E-mail address*

787-243-0195
*Telephone number*

*FAX number*