AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

__for the_ District of _Puerto Rico_

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) |
| v. | ) Case No. 14-364 (DRD) |
| _Christian Valles Collazo (16)_ | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

_Christian Valles Collazo (16)_.

Date: _May 22, 2014_

_____
Attorney's signature

_Carlos J. Sagardía Abreu 227510_
Printed name and bar number

_Aldebarán 594 Altamira SJ, PR 00920_
Address

_carlos.sagardia@gmail.com_
E-mail address

_(787) 360-2924_
Telephone number

_(787) 200-6557_
FAX number

[Stamp: RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR — 2014 MAY 22 AM 9:47]