# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff<br><br>v.<br><br>**CHRISTIAN VALLES-COLLAZO (16)**<br><br>Defendant | **CRIM NO.**: **14-364 (DRD)**. |

## MOTION TO RESTRICT

**TO THE HONORABLE DISTRICT COURT:**

 **COME NOW** Defendant, Christian Valles-Collazo ("Mr. Valles"), through the undersigned attorneys, and respectfully states and prays to this Honorable Court as follows:

 Mr. Valles' Sentencing Hearing is scheduled for December 17, 2014. In order to aid the Court, the attorneys of record have prepared a Sentencing Memorandum on behalf of Mr. Valles. The Sentencing Memorandum includes Mr. Valles's personal circumstances that the Court should consider when imposing Mr. Valles's Sentence. Since the Sentencing Memorandum contains personal information, Mr. Valles requests that the Sentencing Memorandum be restricted to the public.

 **WHEREFORE** Christian Valles-Collazo respectfully requests that this Honorable Court take notice of the foregoing and grant the present motion to restrict.

 **RESPECTFULLY SUBMITTED**.

 In San Juan, Puerto Rico this 15th day of December 2014.

I HEREBY CERTIFY: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record of all the parties in the above captioned case.

**CARLOS J. SAGARDÍA-ABREU**
*Attorney for Christian Valles-Collazo*

1353 Ave. Luis Vigoreaux PMB 678
Guaynabo, PR 00966
Tel. (787) 360-7924
Email: carlos.sagardia@gmail.com
By: s/*Carlos J. Sagardía-Abreu*
Carlos J. Sagardía-Abreu
USDC PR No. 227510

**LLOYD ISGUT-RIVERA**
*Attorney for Christian Valles-Collazo*

By: s/*Lloyd Isgut-Rivera*
Lloyd Isgut-Rivera
USDC NO. 229307
JIMENEZ, GRAFFAM & LAUSELL
P.O. Box 366104
San Juan, PR  00936-6104
Tel. (787) 767-1030
Fax (787) 751-4068
E-mail: lisgut@jgl.com